# PAPPALARDO & PAPPALARDO, LLP
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN J. PAPPALARDO<br>JOHN D. PAPPALARDO | 700 WHITE PLAINS ROAD<br>SUITE 355<br>SCARSDALE, NEW YORK 10583 | TELEPHONE: 914-725-7000<br>FACSIMILE: 914-725-1700<br>WWW.PAPPALARDOLAW.COM |

OF COUNSEL

ANGELO G. MACDONALD *
JOSEPH M. ALBANESE
SIMON J. LINCOLN
PETER W. DENGLER
JOHN P. DEVANEY
ALBERT CORNACHIO III
EDWARD D. BURKE, JR.

\* ALSO ADMITTED IN NJ

February 13, 2012

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
226 Cadman Plaza East
Brooklyn, NY 11201

         Re: <u>United States v. Jack Rizzocascio</u>
            Docket # 11-CR-30 (KAM) 29
            Pre-Sentencing Memorandum
            Reply to Government's Response

Dear Judge Matsumoto:

    As you are aware, our office represents Jack Rizzocascio in the above-referenced matter. Please let this letter serve as the defendant's reply to the government's response to our pre-sentencing memorandum, which was submitted for Your Honor's consideration on January 30, 2012.

    I.  <u>The Need to Provide Restitution to Any Victims of the Offense; 18 USC § 3553(7)</u>

    As discussed in our earlier memorandum, per the plea agreement between the defendant and the Government, the defendant agreed that he owns property subject to forfeiture as a result of his participation in racketeering activities, and he has consented to forfeit $44,000 (*see*, Rizzocascio Plea Agreement, page 5, paragraph 5).

    The defendant submitted a detailed financial affidavit to US Probation Officer Roberta Houlton on February 8, 2012. It is clear from this affidavit that the defendant has no assets, and as such, the defense renews its request that Mr. Rizzocascio be allowed to execute a Forfeiture Money Judgment since he does not have the funds to pay at the present time because he is currently destitute.

# PAPPALARDO & PAPPALARDO, LLP
## ATTORNEYS AT LAW

II. <u>Imposition of Fines at Sentencing</u>

The government has requested that Your Honor impose a fine within the Guideline range of $5,000 to $50,000. USSG § 5E1.2(c)(3). (*see*, Government's reply letter, page 5). The government asserts that Mr. Rizzocascio is "more than capable of paying a fine" because he worked prior to May 2008, receives a monthly benefit from the Social Security Administration, and because he lives with his mother (*see*, Government's reply letter, page 6).

However, as discussed above, based upon the financial affidavit, it is clear Mr. Rizzocascio has no assets. As stated in the defendant's original pre-sentencing memorandum letter, Mr. Rizzocascio lives with his mother because he is <u>financially unable</u> to live on his own. He receives only $1,295 per month in Social Security benefits which just about cover his monthly expenses, and he is unable to work because of his physical and psychological disabilities. As such, the defense renews its request that Mr. Rizzocascio be excused from fines.

III. <u>Letters of Recommendation in Further Support of Mr. Rizzocascio's Request for a Probationary Sentence</u>

Please find attached letters from his pastor (Exhibit A), his doctor (Exhibit B), his family (Exhibits C and D), and his friends (Exhibits E, F, and G). These letters attest to Mr. Rizzocascio's character as a kind and caring person, and they support the defense's request that Your Honor impose a probationary sentence.

W H E R E F O R E, for all the foregoing reasons, the defense renews its request that Your Honor impose a sentence of Probation, allow the defendant to execute a Forfeiture Money Judgment, excuse the defendant from fines, and impose a $100.00 special assessment at the time of sentencing.

Thank you in advance for your consideration in this matter.

Very truly yours,

John D. Pappalardo, Esq.
Attorney for Defendant, Jack Rizzocascio

JDP/jks

Cc: Assistant US Attorney Allon Lifshitz
    Assistant US Attorney Elizabeth Geddes
    US Probation Officer Roberta Houlton

**SS. Simon & Jude Church**
185 VanSicklen Street
Brooklyn, New York 11223
(718) 375-9600

February 6, 2012

To Whom It May Concern:

I am writing this letter as a character reference for Mr. Jack Rizzocascio of 7722 20th Avenue in Brooklyn, New York. I have know Jack for many years ever since my being stationed at St. Dominic's Church. I was at that Church for two ten year assignments both as an assistant and as a pastor.

Jack was known to me both personally and professionally. He was a member of my sports programs, youth programs and he helped me on a number of activities both in the Church and in our community.

Jack was always very kind and honest and worked well with people. He seemed to have excellent Christian values and his involvement with me and with our church was always very upstanding.

This is why I was quite surprised to hear of the difficulties which Jack has gotten into. It certainly was a surprise to me and not what I would expect from him. This is why I feel leniency would be the best course to take with him.

I would be willing to help in any way I can with counseling or community service. If any further information is needed, please do not hesitate to contact me at the above address and telephone.

I thank you for your time and consideration.

Respectfully,

Rev. Arthur G. Minichello
Parish Vicar

PAIN MANAGEMENT & REHABILITATIVE PHYSICAL MEDICINE, P.C.

LAURIAN JACOBY, M.D.
Diplomate, American Board PM&R
2281 82nd Street
Brooklyn, N.Y. 11214
Tele: (718) 621-0336
Fax #: (718) 621-0339

Patient's Name: Jack Rizzocascio          Date: January 27, 2012

To Whom It May Concern:

The patient has been under my care and treatment from May 30, 2008 through May 19, 2011 for the following Diagnoses:

Right Shoulder Internal Derangement s/p arthroscopy April 2009
Left Knee Internal Derangement s/p arthroscopy November 2009
Cervical and Lumbosacral Myofascitis

The patient was seen on a regular basis at this office for follow up and physical therapy and has always presented himself well; been courteous, polite and respectful to myself and the staff. Through conversations with the patient we know him to be caring and supportive to his parents.

L. Jacoby, M.D.

1/29/12

To whome it may concern,

We are Jack's cousin's and feel he's been a great older cousin and has been there when we needed him, in bad & good times. He is always there to lend a hand when needed. He is very protective & always would give the right advise. We do hope you will see the true side of Jack that he is a very good person that would not hurt anyone & help anyone. Please see him for what he truly is when making and desion on his fate.

Thank you,
Vinny, Melissa & Jonathan Chron

1/29/12

To whom it may concern

We are writing on behalf of JACK RIZZOCASCIO We are Jacks Aunt and Uncle. we known Jack for many years, since he was a baby we watched him grow into a man with a heart of gold. Jacks character is very caring of others and very respectful of others cares very deeply about his family. he has not a bad bone in his body he could not hurt a fly.

Sincerely Yours
Truely
Joseph Fiore
Carmine

Exhibit E

To whom it may concern,

The purpose of this letter is to comment on the character of Jack Rizzocascio.

I have known Jack for nine years. During that time I have had the pleasure of knowing a wonderful, caring human being. Always quick with a smile and a joke, I couldn't ask for a better brother in law.

Kind, generous and reliable, Jack has always been there when needed. He is a committed son, brother and uncle who constantly goes the extra mile for those around him. He makes a point to make time for his niece and nephew who he clearly adores and who think the world of him.

It is not an easy thing to convey in just a few sentences how unfair it would be to have him removed from the lives of the people who care for him, but I hope I have been able to impress upon you just how important he is to us.

Thank you for your time and consideration.

Kelly Dorris

NYM MEDICAL ASSOCIATES
96 Avenue U, Brooklyn, NY 11223



Tel: 718-372-0500
Fax: 718-946-1450

January 26, 2012

To whom it may concern

Jack Rizzocascio has been known by our practice for 14 years. Jack's mom is one of our secretaries who works with our staff since the office has opened. Mr Rizzocascio is very well known to us as a good person and caring family man. He attends family functions that we all have enjoyed. Jack is known to be a great son, brother, and uncle. He supports his family 100%. He is very respectable, caring, attentive and very hard working. To us, we know Jack is a great person.

Thank you

*[signatures]*

NYM MEDICAL ASSOCIATES
96 Avenue U - Brooklyn, NY 11223
Tel: (718) 372-0500
Fax: (718) 946-1450

*[signature]* MD.

Stefano Franco
96 Ave. U.
Bklyn N.Y. 11223
Lic. 159095-1

Affiliated with New York Methodist Hospital

Jan. 26, 2012

To Whom It May Concern,

My neighbor, Jack Rizzocascio, has lived here all his life. I always felt he was a respectable young man — always helpful and courteous.

Sincerely,
Lucille Scala
7718 - 20th Avenue
Brooklyn, N.Y. 11214